

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2017

**BY EMAIL AND ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  **United States** v. **Wali Burgos**, 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

The Government writes in advance of tomorrow's sentencing in this case. In the Government's January 7, 2017 letter, the Government informed the Court that Anthony Scott, a murder defendant in the companion YGz case proceeding before Judge Caproni, was scheduled to be sentenced on January 9, 2017. Scott has now been sentenced by Judge Caproni. Under his plea agreement, Scott faced a stipulated guidelines range of 294-375 months (24½ to 31¼). Judge Caproni sentenced Scott to a prison sentence of 276 months (23 years).

In addition, the Government has received a letter from Johnny Moore's mother, Rory Moore, and the Moore family in advance of tomorrow's sentencing. The Government is submitting that letter to Your Honor together with this letter.

Respectfully submitted,

PREET BHARARA
United States Attorneys

By: _____/s/_____
James McDonald
Max Nicholas
Dina McLeod
(212) 637-2405 / -1565 / -1040

Cc: Christopher Madiou, Esq. (Counsel for Wali Burgos)